## Fischer et al., Appellants, *v.* Reed.

Argued April 30, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*C. Norwood Wherry*, for appellants.

*Guy G. deFuria*, with him *deFuria and Larkin*, for appellees.

OPINION PER CURIAM, October 3, 1968:
Judgment affirmed.
Mr. Justice JONES dissents.
Mr. Justice MUSMANNO took no part in the consideration or decision of this case.